1020

[No. 73206-4-I.   Division One.   December 27, 2016.]

AYANNA BROWN, *Individually and as Personal Representative*, ET AL., *Appellants*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-31810-3, Veronica Alicea Galván, J., entered February 20, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Trickey, A.C.J., and Spearman, J. Now published at 198 Wn. App. 1.

[No. 73508-0-I.   Division One.   December 27, 2016.]

*In the Matter of the Marriage of* ERIC R. SHIBLEY, *Appellant*, and TINA M. SHIBLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-3-01699-2, Millie M. Judge, J., entered May 15, 2015. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Leach, J.

[No. 73615-9-I.   Division One.   December 27, 2016.]

ABDIMALIK HASSAN, *Respondent*, v. NASRO ABUBAKAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-3-01274-7, Suzanne Parisien, J., entered March 13, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Trickey, A.C.J., and Leach, J.